■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK L., Appellant. [784 NYS2d 444]—

Appeal from an adjudication of the Supreme Court, Erie County (Joseph S. Forma, J.), rendered July 10, 2002, which revoked defendant's probation and imposed a sentence of imprisonment.

It is hereby ordered that the adjudication so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Supreme Court was authorized to impose a sentence of imprisonment and probation following the revocation of the original sentence of probation (*see* Penal Law § 60.01 [4]; *People v Krawcyk*, 130 Misc 2d 253, 254 [1985]). Contrary to the contention of defendant, the imposition of a sentence of imprisonment upon the second revocation of probation did not place him in double jeopardy (*see generally People v Tucker*, 272 AD2d 992 [2000], *lv denied* 95 NY2d 872 [2000]; *People v Johnson*, 159 AD2d 725, 726 [1990]). Present—Pigott, Jr., P.J., Green, Pine, Hurlbutt and Scudder, JJ.